Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL X

| | | |
|---|---|---|
| CYNTHIA A. MATOSANTOS LEWIS<br><br>Parte Recurrida<br><br>V.<br><br>FEDERICO A. CARDONA FIRPI<br><br>Parte Peticionaria | KLCE202300143 | *Certiorari* procedente del Tribunal de Primera Instancia Sala de Bayamón<br><br>Caso Núm.: BY2020RF01826<br><br>Sobre: Divorcio (Ruptura Irreparable) |

Panel integrado por su presidente, el Juez Rodríguez Casillas, la Jueza Mateu Meléndez y el Juez Marrero Guerrero.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de febrero de 2023.

Atendido el "Aviso de Desistimiento sin Perjuicio" presentado el 24 de febrero de 2023 por la parte peticionaria, este Tribunal ordena el archivo y cierre del caso de epígrafe por desistimiento sin perjuicio, conforme dispone la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XX11-b, R.83 (A).

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2023_____